# Executive Grant of Clemency

**AFTER CONSIDERING** the applications for executive clemency of the following named persons and a letter from the Department of Justice recommending executive clemency in each case, I hereby grant full and unconditional pardons to the following named persons for those offenses against the United States described in each such recommendation:

RYAN MICHAEL ASHBROOK

ROBERT SPENCER BAINES

ROY DARRELL BENSON

THERESA MARIE BISHOP,
    AKA TERESA CLARK

TAVIA DION BLUME

BOB EDWARD BONE

PHILIP STEPHEN BROWN,
    AKA PHIL BROWN

JESSE DANIEL BURGHER,
    AKA JESSIE BURGHER

CARYN LYNN CAMP,
    FKA CARYN CAMP-KENWORTHY

RANDY DALE CANTU

JAMES RANDOLPH CARTER

DOLLY ANN CHAMBERLAIN,
    FKA DOLLY ANN TAYLOR

TIETTI ONETTE CHANDLER,
    FKA TIETTI CHANDLER-SHELTON

LARRY WAYNE CHILDRESS, JR.

KRISTI LYNN COE,
    AKA KRISTI LYNN COE-HAGAN
    AND FKA KRISTI HINSHAW

MELISSA RAE CONLEY,
    FKA MELISSA FAITH

CHRISTOPHER JOHN DARVILLE

AMANDA KUCHARSKI DEBLAUW,
    FKA AMANDA RICHMOND

LEHI VICTORIA DICKEY,
    AKA LAHI DICKEY
    AND FKA LEHI DICKEY BRYANT

RONALD LEE EYLER

MICHAEL ANTHONY FACCHIANO, JR.

THERESA RENEE GARDLEY,
    FKA THERESA RENEE NAPER
    AND THERESA RENEE THORNTON

KARIM RIAD GEORGY

DONALD LEE GILBERT

PAMELA ANN GOLEMBA

RICHARD ALLEN GRAHAM

BOBBY JOSEPH GUIDRY,
    AKA BOB GUIDRY

EDWARD JOHN HARTMAN

WILLIAM BERNIE HECKLE, JR.,
    AKA BILLY HECKLE

JULEEN NICOLE HENRY

JAMES RALPH HOECKELMAN

RALPH ALLEN HOEKSTRA,
    AKA RALPH ALAN HOEKSTRA

SAMUEL WESLEY HOWZE,
    AKA SALA UDIN

HERMAN LAMONT JACKSON

| | |
|---|---|
| MARK EDWARD JOHNSON | ALLEN WAYNE PARKER |
| CATHY MAE JONES, | ROBERT ALLEN PETTY |
|    FKA CATHY MAE BENNETT | BENJAMIN RAMOS |
| FABIUS ROMERO JONES | ERICA RENEE RAMOS, |
| RICKY EUGENE JONES |    FKA ERICA RENEE DEVORE |
| JAMES HAROLD KEATON |    AND ERICA RENEE RAMIREZ |
| DEAN ROBERT KONDO | DORETHA DOREEN RHONE |
| MARY ANN KRAUSER, | ADAM PHILIP RICCIARDIELLO |
|    FKA MARY ANN IRON SHIELD | RAMON ESCALERA SANCHEZ |
| EMMANUEL GABRIEL LEEPER | BRYAN SCOT SANDQUIST |
| KEITH ALAN LITTLE | HEIDI KAY SCHMIDT, |
| VICTORIA HUNTER LOWE |    FKA HEIDI KAY WATT |
| DAWN MASCARI, | ALLEN THOMPSON SHERWOOD |
|    FKA DAWN STEPONAVICH | KASEEN LATHELL SIMMONS, |
| JAMES WILLIE MCGRADY, JR. |    AKA CENO SMITH |
| JOHN FREDERICK MCNEELY, JR. | BRENDA LORENE SINCLAIR, |
| KENNETH SHANNON MEADOWS, |    FKA BRENDA LORENE PONTIUS |
|    AKA KENNY SHANNON MEADOWS | MICHAEL SLAVINSKY |
| ROGER DELOS MELIUS | RICHARD EARL SMOUT |
| SAMUEL NYAMONGO MONGARE | ROBIN SHELLEY SOODEEN |
| STEVEN ODELL MOON | PAMELA JOY STOKES |
| GEORGE BERNARD MORAN | JOSEPH EUGENE SWIES |
| THOMAS WHITFIELD MORRIS, JR. | SHARI DEE TROMPKE |
| CHRISTOPHER MURATORE | JESSICA ANN TYSON, |
| SERENA DENISE NUNN |    FKA JESSICA ANN MARTIN |
| FRANCIS JOSEPH O'HARA, SR. | ROBERT STEVEN WARDEN |
| JAMES ALLEN PALMATIER | VERA MAE YURISICH |

    **I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to sign each grant of clemency to the persons named herein. The Pardon Attorney shall declare that her action is the act of the President, being performed at my direction.

**IN TESTIMONY WHEREOF**, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Nineteenth day of December in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA
President**